![black bar]

■

**STATE of Missouri, Respondent,**

v.

**Victor D. VICKERS, Jr., Appellant.**

**No. WD 75857.**

Missouri Court of Appeals, Western District.

Oct. 29, 2013.

Rehearing Denied Dec. 24, 2013.

![black bar]

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for Respondent.

Victor D. Vickers, Jr., Kansas City, MO, Appellant, pro se.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges.

### Order

PER CURIAM:

Victor D. Vickers, Jr., appeals the Judgment of the Circuit Court of Saline County, Missouri, denying his Rule 29.07 motion to withdraw guilty plea. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).